ANNA HALPERN, Appellant, v. HARRY HALPERN, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOHN E. TOOLAN and Others, Appellants, v. WILLIAM McC. MARTIN, as President of New York Stock Exchange, Respondent.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Dore, J., taking no part.

In the Matter of the Application of DILLINGHAM, LIVERMORE & DURHAM, INC., Petitioner, Respondent, for the Appointment of Appraisers to Appraise the Value of Its Stock Held by ROBERT C. DURHAM, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. VON SCHMIDT-PAULI, INC., and Another, Defendants, and Others, Intervenors, Defendants. MARTHA HUNT VON WESTARP, Intervenor, Appellant; ROBERT H. SOMMER and Others, Intervenors, Respondents.— Order unanimously modified by appointing an official referee in the place and stead of the referee appointed, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Judicial Settlement of the Final Account of EDWARD M. BRATTER, Substituted Committee of the Estate of WARILY BURDAK, an Incompetent Person, etc. JAMES F. EGAN, Public Administrator of New York County, as Administrator, etc., of WARILY BURDAK, Deceased, and NATALIA BURDAK, by the CONSUL GENERAL OF THE REPUBLIC OF POLAND, Appellants; EDWARD M. BRATTER, Substituted Committee of the Estate of WARILY BURDAK, an Incompetent Person, etc., ANNA BURDAK PFENNING, THE VETERANS' ADMINISTRATION and FIDELITY & DEPOSIT COMPANY OF MARYLAND, Respondents. (Consolidated Appeals.) — Orders unanimously affirmed, with twenty dollars costs and disbursements to the respondents, Edward M. Bratter, substituted committee, etc., and Anna Burdak Pfenning. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ADOLPH G. ECKSTROM, Respondent, v. MARION TALLEY ECKSTROM, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

EUGENE L. BONDY, NORMAN P. S. SCHLOSS and I. RUSSELL STEIN, Copartners Practicing Law under the Firm Name BONDY & SCHLOSS, Appellants, v. MILLARD E. THEODORE and ALFRED J. SHILLITANI, Respondents, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.